**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 07a0354n.06
Filed: May 24, 2007

**NO. 06-6089**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

LARRY THOMPSON,

      Plaintiff-Appellant,

v.

DACCO INCORPORATED,

      Defendant-Appellee.

                      /

                    ON APPEAL FROM THE
                    UNITED STATES DISTRICT
                    COURT FOR THE MIDDLE
                    DISTRICT OF TENNESSEE

**BEFORE:**    **SUHRHEINRICH, CLAY and SUTTON, Circuit Judges.**

    **PER CURIAM.**  Plaintiff-Appellant Larry Thompson appeals from the order of the district court granting summary judgment in favor of Defendant-Appellee DACCO, Inc., and denying Thompson's motion for summary judgment in this action alleging a racially hostile work environment under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.,* 42 U.S.C. § 1981, and the Tennessee Human Rights Act, Tenn. Code Ann. § 4-21-101, *et seq.* On appeal, Thompson argues that the district court erred in granting DACCO's motions in limine, and in granting summary judgment because there are genuine issues of material fact regarding DACCO's liability for co-worker harassment. Having reviewed the parties' briefs and the applicable law, and having had the benefit of oral argument, we conclude that this matter is **AFFIRMED** for the reasons stated in the district court's well-reasoned opinion entered on July 19, 2006.